AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*  **1-26-10**.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Lynn Breznitsky**, who is designated by law to accept service of process on behalf of *(name of organization)* **NCB Management Inc, One Allied Dr. Trevose PA** on *(date)* **1-28-10** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **1/29/10**

*Server's signature*

**Nicholas V. Cipriano**
*Printed name and title*

Cipriano Investigations, Inc.
*A Complete Information Source*
50 Bubeck Court, Warminster, PA 18974
nick@nickcip.com
(800) 804-0972 • Fax (215) 953-8478

Additional information regarding attempted service, etc:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
KIMBERLY BURRIS, Notary Public
Warminster Twp., Bucks County
My Commission Expires February 11, 2012

*Kimberly Burris*

Sworn to and subscribed before me this 29 day of January 20 10.