1  STEPHEN A. SCOTT (SBN 67467)
   sscott@hayesscott.com
2  M. COLLEEN RYAN (SBN 258359)
   cryan@hayesscott.com
3  HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
   203 Redwood Shores Parkway, Suite 480
4  Redwood City, CA  94065
   Telephone:    650.637.9100
5  Facsimile:    650.637.8071

6  Attorneys for Defendant
   NCB Management Services, Inc.,
7

8  EDWARD O. LEAR (SBN 132699)
   MARISOL OCAMPO (SBN 198087)
9  DANIEL WOODFORD (SBN 241086)
   **CENTURY LAW GROUP LLP**
10 5200 W. Century Blvd. Suite #345
   Los Angeles, CA 90045
11 Telephone: 310.642.6900
   Facsimile: 310.642.6910
12
   Attorneys for Plaintiff
13  Zalicka Collins

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16
   ZALICKA COLLINS,                    Case No.  C 10-00172-ADR-SI
17
              Plaintiff,
18                                      **[PROPOSED] ORDER GRANTING
         v.                             REQUEST TO CONTINUE HEARING**
19
   NCB MANAGEMENT SERVICES INC.,
20
              Defendants.
21

22                       **[PROPOSED] ORDER**

23      BASED ON THE ABOVE NOTICE OF SETTLEMENT AND GOOD CAUSE

24 APPEARING THEREFOR, IT IS HEREBY ORDERED THAT:

25 1.     An Order to Show Cause re: Dismissal hearing is hereby scheduled for July 2 , 2010 at

26        2:30 p.m. in courtroom 10.

27 IT IS SO ORDERED.

28 ///

1    Dated: _____, 2010

2                                          SUSAN ILLSTON
                                           UNITED STATES DISTRICT COURT
3                                          JUDGE FOR THE NORTHERN DISTRICT
                                           OF CALIFORNIA
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28